This is our first case in the morning in re the estate of McGrath For the appellant, Mr. Nessler, for the appellee, Mr. Young, you may proceed May I please the court? Counsel My name is Jonathan Nessler and I represent the respondent John McGrath We're here today on on the appeal and review of a Revival of an order that dates back to a divorce that took place in 1998 The order itself or the judgment itself was entered in 2001 Both of these the divorce and the judgment were entered while then judge Appleton was presiding the petition to revive was filed in 2013 which I mentioned because a lot of very important events took place in 12 years between the First judge Appleton then judge Appleton was elevated to the appellate bench Second Nancy McGrath died So her estate was who had to bring the petition to revive and third and perhaps the most important event that took place Is that John McGrath? Satisfied the judgment that is attempting that the petitioner now attempts to revive After the petition to revive was filed the first event becomes important It becomes important because Judge Appleton then judge Appleton was no longer able to preside over the case So a new judge had to be chosen in this case judge nor duly the Respondent filed his objection and affirmative defenses to the petition to revive Stating that he had satisfied the judgment and that was going to be the issue that would be heard at the trial of this matter whether the petition excuse me, whether the judgment was satisfied and that Trial was set for December 18 2013 along with that were the motions all pending motions that were going to be heard in this case a motion to dismiss the objection, which is later referred to as a Judgment on the pleadings, but I just want to clarify that it was actually a motion to dismiss the objection and affirmative defenses so prior to the December 18 2013 trial date the Respondent John McGrath filed his motion to substitute judge nor duly as a matter of right And that's the first issue for review on appeal today that I'd like to discuss Prior to December 18 2013 and the significance there is that it was prior to the trial date the denial of the Respondents motion to substitute judge nor duly as a matter of right was improperly denied and as such all Subsequent orders should be declared void The review of this matter is de novo and the reason that it's a de novo review is because the trial court does not have discretion to deny a motion for substitution of judge as long as the elements or the Requirements of section 2 dash 1 0 0 1 of the code of civil procedure are met There's two real requirements to that section when we're talking about substitution of a mat as a matter of right The first is that the motion is filed before the trial date and that's the significance I was addressing with your honor and the second is that it's filed prior to any Substantial order being entered by the would-be substituted judge The file counsel let me ask you this is it correct that judge nor duly Previously ruled on in this case a motion to substitute Judge Appleton. Yes, your honor. That is absolutely correct What if any impact does that have none your honor and why is that to answer that question? First we'll look at the order the order that your honor is referred to it having back in 1999 when judge Appleton was then judge Appleton was still a judge he John McGrath filed a motion to substitute judge Appleton for cause and since judge Appleton couldn't hear that motion judge nor duly heard the motion the Motion that he heard to substitute judge at then judge Appleton is not a substantial issue and in order to answer your question We'll have to address. What is a substantial issue the answer to that is that the courts have never laid down a formulaic explanation There's no exact point when an order becomes a substantial issue Why shouldn't it be viewed as a substantial issue a ruling on a substantial issue? Because generally speaking the courts are agreed that a substantial issue has to be Relevant to the resolution of the merits of an action. That's a substantive issue This is a substantial issue isn't the difference between those two well. I believe that the substantial issue Isn't substantial more like important or significant? I believe that it has to be significant and important to the resolution of the merits of an action in order to be substantial as opposed Procedural issue and we can look at the O'Brien case for some guidance on that issue where the judge where the Supreme Court? Reviews the difference between a procedural issue and a substantive issue and in states that in that case specifically looking at whether a motion to substitute a judge is procedural versus a Substantive issue or in my mind a substantial issue, and they say no this is just a procedural step This is not this is not Bear on the resolution of the merits of the cause of action in other words Deciding what if a judge should be recused for cause or not Does not move forward the merits of the cause of the action in any way, but it's pretty important Well, I believe it's important procedurally no question who presides If it were the difference between a procedural and substantive issue, which is the distinction you're drawing The legislature could have so stated Yeah, I'm using the term procedurals and adjective describing other matters But they don't you essentially say it's a procedural matter, so it doesn't count with regard to a ruling by Judge Narduli exactly and I believe that the procedural is not the word that is used in 2105 But I believe the Becker case if we look at that case as opposed to the O'Brien case further supports what I'm stating in that The court looked at several different rulings on a pre-trial matter they talked about Motion to continue Which is another procedural type of issue and said these aren't the types of rulings that are that this is talking about a motion to? Continue I think is a direct parallel to Any other procedural issue in a case it's something that's procedural, but isn't necessarily substantive However when you are substantial when you're talking about the the movement of a case Whether it's a motion to continue or which judge is going to preside over the case both procedural issues about a bright line saying When the judge has been called upon to rule, and this is a significant issue That judge can no longer be substituted out Well, I don't believe that Especially given the consequences, I mean this is One of the tricky things about this Situation SOJ's is that if there's a mistake? There's no such thing as harmless error. It's all reversible error. It certainly would tend to make rulings with regard to SOJ more substantial than most There's as a matter of fact. It's hard to envision a Ruling it could be made in the civil context where an argument could be made well It was a mistake, but it was harmless in context not SOJ's I Completely agree with your honors analysis that there's no question that if a motion for substitution of judges wrongly Denied that any order entered thereafter is void so there is no harmless error Why isn't that make it even more important than we have a bright line So that we don't have this fuzziness the bright line being hey this guy's ruled Pretty significant issue the significant issue being who's going to be the judge resolving this case Having so ruled it can't sub them out any further but I think that the part of the problem with the bright line rule if I may your honor is That you start to run into too many nuances when you say well the Judge who wasn't the presiding judge at the time made this decision and this decision is now a bright line rule it's always going to be a substantial issue because he ruled on whether another judge was going to be the Was going to be the the judge presiding over the case in one potential issue that that might raise is let's say the plaintiff in the case says well, I would like to Substitute judge a for cause and so judge B Here's that substitution, and there's only two judges in that county so he hears that the substitution He says yes, this is correct We need to substitute this judge for cause now judge B is the judge and the defendant loses his absolute right to be able to Substitute judge B as a matter of right because of the procedural history that we just laid out So I think that when you run into complications like that the avoidance of a bright line rule is important but also the understanding that these procedural matters aren't the types of matters that the Legislature was talking about when they set a substantial rule and that again when you look at Becker We see a motion to continue procedural issue. These aren't what the legislature intended Nor is a bright line rule what the courts have decided is the appropriate rule or the appropriate type of rule for this case instead we can look to whether the Judgment moves forward the merits of the case if they have a direct impact on the merits of the case so counsel Would you agree that although there is no bright line rule? There is a general consensus in the case law that a substantial issue is one that relates directly to the merits of the case Yes, ma'am, and are you familiar with the fourth district case of snap? I'm not In that case this court held that a substantial issue is one directly related to the merits And I do agree that that's the that's the law. I believe I cited a different case in support of that, but certainly no question that a substantial a substantial Order is one that directly relates to the merits has there been any? Amendment or modification in the statutory language. Let's say from the word Substantial to substantive. I mean has it ever changed not that I'm aware of your honor. I'll admit though that I Can't answer that one way or another so okay, I'm clear The Ruling or the order that judge Narduli denied the motion upon He said that he that he denied a motion for judgment on the pleadings, and I think I've explained it Really was a motion to dismiss that was filed by a petitioner, so I'll use those interchangeably with your honors of permission There was never a motion ruled upon prior to the Respondent filing his motion for substitution of a judge the record does not support that any Motion was ever ruled upon or heard and in fact the record directly supports the opposite On page 128 and I only mentioned it so it's easy for your honors to find the petitioner's attorney mr. Young states on the record that motion was never ruled upon so Now we have both attorneys Have the understanding that no motion was ever heard or ruled upon then we can look to the docket First there's no order ever entered the docket does not state that it's under advisement the docket does not state That any order was ever entered instead the docket states that all pending matters will be heard on December 18 2013 all pending matters the motion to dismiss and if and then the evidentiary trial thereafter I've addressed. I believe the motion to recuse if the court would have any other questions on that I'll move forward to the fact that a pretrial had taken place and again suggest that the Becker case addresses this issue That that on in the Becker case the court Looks at four different interactions between the moving party who wants to substitute the judge in the opposing party And the judge of course those include pre-trials they include a motion to continue It's important to say it's not just a pre-trial status conference Which is what we really deal with in this case each one of these is not a motion eliminate full-fledged hearing pre-trial But they're cattle calls where it's a pre-trial status Essentially you go up you get your date for the hearing and you forward In the Becker case to contrast that they had an actual pre-trial which the court really notes This is a full-fledged pre-trial, and they say in that case that Something happened during that pre-trial At least that's the allegation after the motion has been filed in the court examines the record before the motion has been filed before there's Statements saying well this might have happened then or this might What they come to the conclusion is that there is nothing on the record that supports that any Motion was ever heard or any substantial order was ever made in that case And because it's not apparent on the record prior to the motion being filed the court says that the trial court had no discretion to deny the motions to substitute In this case the facts are almost perfectly aligned with the facts in Becker the trial court did not have discretion to deny the motion for substitution of judge because it was filed in compliance with the requirements of section 2 dash 1 0 0 1 of the code of civil procedure if This court should disagree with me on that issue I believe it should still reverse and remand because the trial court erred when it revived the motion Excuse me when it revived the 2001 judgment Satisfaction of a judgment is an absolute defense to The revival of that judgment in this case John McGrath Satisfied the 2001 judgment he satisfied that judgment through payment of taxes and when we talk about this Doesn't this really boil down to whether or not he was receiving additional rent For the fact that he was paying the taxes and so whether or not he would be entitled to that credit I don't believe so your honor. Why not? well I think that that issue is irrelevant and I think it's irrelevant for a lot of the reason that the judge includes in his order And a lot of the reason that petitioner includes in his brief And that is that the law in this case is governed by the dissolution of marriage in other words We have the dissolution of marriage And it's the terms of that dissolution that govern how the judge should order in this case it governed How the judge or how judge then judge Appleton ruled in the 2001? Judgment this attempted to be revived, and there's some very important facts that don't occur in that judgment Let me ask you another question before you continue. Is it correct that with respect to this land? They don't technically own You know she has her portion over here. He has his portion over here It's just divided percentage wise not technically the actual land itself separate parcel so to speak And I'm not dodging that I just have to answer that very specifically because it's a collateral action I don't believe that the land was ever divided because it was never put into trust This is recognized in the 2001 judgment by then judge Appleton who stated in that order when talking about the trust this Never happened. He doesn't say that this judgment created a trust that this judgment acted to make it happen Anyways, he says that the land was ordered to be divided or agreed to be divided in this manner But this never happened, and I think that that's very important he also states in that 2001 order to go back to your first question your honor that the Deceased Mrs.. McGrath Nancy had the ability to rent out her land that she saw fit so in other words She can negotiate her rent John can negotiate his rent and the reason that John's negotiations don't apply to Nancy's Negotiations is exactly what I was alluding to when I talked about the judgment of dissolution of marriage Nowhere in that order or that dissolution doesn't state that John McGrath has any duty to negotiate Nancy's rent They weren't talking to one another It just it does not create any sort of fiduciary relationship for John he did he negotiate her rent no according to his testimony Well, it's in my mind. No that in my mind the evidence So does the other side disputed let me put it down absolutely your honor I thought you meant that the evidence support the dispute and I apologize I misunderstood your question The evidence in this case does not support that John McGrath Negotiated Nancy McGrath's rent he says in the first meeting Daryl Toma whose testimony is what's relied upon That he doesn't remember the first meeting that that's just the way it was But we can see from John's testimony that that was not just the way it was he would mail out the Agreements for these rental amounts it would be signed separately Nancy would sign hers outside of John's presence John didn't talk to her John would sign His outside of Nancy's presence There's no evidence other than that's just the way it was that supports the notion that John McGrath was Negotiating Nancy McGrath's or vice versa it seems to me that Daryl Toma was giving the same amount of rent to Nancy McGrath that John McGrath was negotiating for himself and did that kind of same Paradigm up to a certain point up until up until I guess he thought he was paying John more than he would have to pay Nancy and then he stopped, but there's never a time that supported by the record That John McGrath went in and said no longer pay Nancy anymore pay me more instead of Nancy It just never happened he he might have used some negotiation tactics to negotiate his own amount But never is there any obligation by the by the dissolution of marriage never is there any negotiation in turn by the? 2001 order it says that John McGrath had any responsibility to negotiate Nancy's in fact the exact opposite is true in the 2001 order it states very clearly Nancy McGrath has the right to Rent her land out to whom she sees fit and there is a way to break out this land if Nancy wanted to do it Separately, but there's also a Simple solution Nancy gets this amount of rent from Daryl Toma John gets this amount of rent from Daryl Toma Nancy negotiates Hers John negotiators, and I believe that's what the record supports actually happened now with respect to the buildings that were on the property Is it true that your client? Had those items and that Nancy or her you know this even had nothing to do with that And so why should your client get some type of credit for repairs and maintenance done on those buildings absolutely honor? Because the Divorce order says that any permanent repairs should be split according to the same proportion as the taxes are split and again if we apply Common law or statutory law, maybe that's a different type of scenario But if we're applying the terms of the dissolution of marriage, then we can see that any permanent Any permanent repairs like tile it doesn't say just it says any permanent repairs like tile should be Split according to the same proportion and the benefit to Nancy's estate And this is that the kids are going to get it all under the dissolution of marriage act anyway So they get the benefit of the home so just because Nancy didn't enjoy them in life doesn't mean that there's not some real benefit To the to the estate into the seasons or excuse me to the heirs And then lastly I'll be very brief on it on the attorneys fees I don't believe attorneys fees were appropriate in this case I believe that there was a just a compelling and justifiable cause to dispute not only whether the satisfaction whether the judgment was satisfied But whether it's partially satisfied in fact the amount that they asked for in their petition to revive is less than what they got I cannot believe for the life of me that it was the intent of the legislature to say that unless you absolute that may Thank you I cannot believe it's the intent of the legislature to say that you either have to just capitulate you let the Judgment be revived, and that's the amount you owe When you win in other words, I didn't win the entire thing, but but the amount that was awarded was less I just cannot believe that the legislature intended to just have to owe the entire amount Without being able to have a hearing when it might be less and especially when you succeed that it was less they asked for 38,000 $860 and 87 cents and the amount revived was twelve thousand eight hundred fifty dollars and eighty four cents So I just can't believe that that discrepancy doesn't lead to a compelling and justifiable cause to dispute the amount It very least has been satisfied and not the total amount. Thank you. Thank you. We'll hear from you on rebuttal Court mr. Nestler a Counsel is confusing what judge nor duly referred to on the what he was ruling on there was a separate Motion filed under the reviver statute Which plainly states that in order reviving a judgment shall be for the original amount of the judgment plaintiff may recover interest in court costs Credits to the judgment shall be reflected by the plaintiff and supplemental pleadings or execution It was on that basis that we asked the court to just enter a judgment in stanter of revival And that's what he referred to as a judgment on On the pleading saying no, I'm going to allow the affirmative defenses. I'm going to do this on an evidentiary basis Allow mr. McGrath to have a trial. So even if you get past the fact that he had in fact actually filed a motion for substitution of judge as a matter of right back in 1998 that appears that In the record at the page c169 he says that as a matter of writing, I don't know He says I was hurt on the cause issue, right? He says I bring this petition under a two and three and then the next Paragraph three then he says I'm entitled to a substitution as a matter of right because no previous substitution judge has been made Now the statute doesn't say you have to succeed before you exhaust what you've got Did he substitute a judge as a matter of right prior to the filing that was denied But he went but it went to a sign to judge Narduli at that point in time to determine whether or not judge Appleton What should be refused for cause for cause correct? So was there some type of hearing or ruling on the matter of right issue in? the earlier motion I Don't see any Judge Narduli's docket entry back in 1999 just says a motion to recuse judge Appleton for cause so I don't see a disposition of that fact But the fact is he did file a motion and apparently was on deemed untimely or whatever, but I agree with you It's not there, but I think the answer even if we move forward 12 years and Start all over and look at it What happened here after we went through a number of final pretrials at one of the pretrials when the motion for revival of the judgment in stanter under the statute itself Was presented judge Narduli and unfortunately he didn't include it in his docket entry But he made it clear later on when he was ruling on the motion when I denied that motion for judgment on the pleading Which I submit is not the motion to strike the affirmative defenses But it was the motion for revival and stancher that he said no, I'm going to allow this to proceed That's what he said on an evidentiary basis, and he did allow it to go forward on that basis so that there's very clear Evidence that judge Narduli had in fact ruled on a substantive issue when he said I'm going to allow mr. McGrath to proceed on evidentiary basis and That would amount to a substantive ruling on an issue precluding a motion for substitutions So I think the clear the quick answer is the statute says in a case every party gets one Opportunity and he has to be timely so I Think it's clear that the clear letter of the law He exhausted his right back in 1998 when he filed his motion for substitution as a matter of right, but Ignoring that if we assume that there was never any ruling on that or he hadn't filed a motion we move forward It's clear the judge Narduli had in fact ruled on a substantive issue Well prior to the commencement of the trial is there a transcript of this pretrial hearing where you're saying that the judge rule there's not And what about the only evidence of that is what judge Narduli said what about the representation of Opposing counsel that there seemed to be an agreement that there had been no ruling and it was set for hearing and all pending motions All pending matters, but one of the pending matters was not to allow my motion To revive the judgment in stancher which he had ruled upon so that was no longer pen And that's what judge Narduli said in his Ruling on the motion Not to recuse himself as a matter of right. He said I rule on a substantive matter back then when I rule on mr. Young's motion he called it a judgment on the pleadings, but obviously you know he's referring to the judgment of revival and stancher because we have actually Quoted the revival statute which which states basically is that on an application for revival the court supposed to revive the judgment And take up all the other matters as part of the supplementary proceedings And that's what I sought to invoke at that time to avoid the necessity of an evidentiary hearing at that point in time and move directly to supplementary hearing matters So we were respectfully submit that the Motion for substitution as a matter of right as to the motion as to the appeal on the merits of the case Mr.. McGrath's argument basically is You should substitute your judgment for not judge Narduli's judgment. I was entitled to be believed judge Narduli Clearly stated I find you not credible, and he found in terms of The tenant farmers testimony said I believe him when he said mr. McGrath went to him and said I need to negotiate a higher rent from this point on Up into a certain point. I think it was 19 2008 they got the same rent and therefore she was required to pay the her share of the taxes After that he went and said look I'm managing the farm, and I'm paying the taxes. I have to get more For that and that's what judge Narduli said these parties are for purposes of the joint tenancy act Co-tenants of this land. It's not divided and that he had a fiduciary responsibility As a co-tenant if not beyond that beyond that also judge Narduli said look this is a trust What didn't happen it wasn't transferred to a third-party trustee, which is what was agreed to by the parties and ordered in But he said I take this judgment as I find it It is a trust and therefore each of the parties is a fiduciary to the other and that's when he said Any credits for taxes paid after mr.. McGrath negotiated himself a higher rent Could not be credited because he was he got the money to pay the taxes and that part of it is still pending in the trial court and Judge Narduli specifically said we'll take up the accounting on that matter at a later time, so that's still pending as To the third point I think it's a this is a Dissolution of marriage act the section 508 clearly says unless there's a compelling justification enforcement of the judgment The party who's required to come into court to enforce the judgment is entitled to coverage reasonable attorneys fees And so we submit that judge Narduli was did not abuse his discretion On the second and third issues that the first issue Is really a non-issue because mr.. McGrath that first of all exhausted his rights back in 1998 Assuming he can get over that hurdle It's clear the judge Narduli made a substantive ruling when he said the matter will proceed on an evidentiary basis And I will not revive this judgment in standard How clear is the record on that last point a judge Narduli called it? It's the confusing part is he said it was a judgment on the plea We called it entry of a judgment for revival and standard, so that's the only confusing part So when you say he made a substantive ruling So the SOJ motion will be defeated because of that Again, what what exactly was the ruling and how did that occur? At the final pretrial hearing he said I'm allowing this to proceed on an evidentiary basis therefore denying the Motion for judgment of revival in standard. That's what why he called it a judgment on the pleading He said when I denied that motion I rule on a substantive issue so that was pending at the Pretrial as you turn it at an earlier pretrial correct But the docket entry doesn't reflect that he did not unfortunately, but when he was ruling on Mr.. McGrath's motion. He said when I denied mr. McYoung's motion for judgment on the pleadings and announced this case was going to go ahead on an evidentiary basis That in my mind was a substantive ruling which removed your right to exercise substitution as a matter of right That's what the whole thing would hinge on if you get by the first round you made an earlier motion And the statute doesn't say you have to succeed so if you fail on the early one doesn't mean you get another bite So we'd ask the court to affirm judgment in our duly in all aspects And there's no other motion In title judgment on the pleading motion for judgment There was never a motion that there was a motion to strike the affirmative defenses And there was the motion to said judge under the revival statute You to revive the judgment as a matter of law. We're asking you to do it in standard That's when he said no I'm going to allow this to proceed on an evidentiary basis, which he did he said it for trial in December and that's just before that hearing took place and by the way the mr. McGrath and his brief keeps referring to the fact that this Statute refers to before the commencement of a trial or hearing But it also says or or rather and before any substantive ruling and I think there's a third ground if the party stipulated, but The effect of the revival in standard What would have been the next procedural thing that would have occurred? Supplementary proceedings and that supplementary proceeding would take what shape? Probably a citation discover assets at which the trial court would have to determine what the actual amount of credits are due now There is that brings up another point mr. Nesler says that a judgment for a far lesser amount was entered, but what judge Narduli did is said no I read judgment interest what we pleaded was Application of interest and then Determination what the balance of the judgment was on an ongoing basis. He says no I think he's entitled to application of whatever payments he made to the principal We'll figure out the interest later on and that's why the judgment was only for $12,000. There's that in fact Nearly $40,000 do when you go back and add the interest in for all those and that's still pending before the court so Counsel what about the issues related to the buildings? Repairs and things that were made Yeah, the credit that he was seeking on those matters the judgment gave mr. McGrath an Exclusive life estate in those properties, and he was charged with the maintenance of those properties the payment of the taxes And she had no right to go on that property or to have anything to do it. It's very clear that Mr.. McGrath had very exclusive possession of that property one and as a life tenant is responsible for all the upkeep and those kinds of things there's nothing in the judgment to suggest that she's Responsible anyway for any part of the repairs improvements and those kinds of things which he attempted to Stick her with that the year. How do you distinguish that from tile for example? Well tile would have been out in the field in the commonly in the land the undivided farm as opposed to putting a new roof on the porch a new roof on the porch or a new Bathroom in his shed, you know those kinds of things which all have use of the tile as an example That which will make the land more Continue for it to be usable or more productive Correct, that's she's required. That's correct in fact She was charged with half of I think of a $45 bill for some tile that he purchased that Farming home to repair a tile We ask that you affirm that you are duly and all aspects of it. Thank you. Thank you, mr.. Nestle I Think that the Confusion with exactly what was ruled on in the first place personifies my point in other words It's a quote from the oral argument. He called it a judgment on the pleadings, but of course that's not what he meant We don't know what he meant and the reason we don't know what he meant is because it's not on the record who's who you Quoting that mr. Young stated during his oral argument just now well, what about? judge now do these Characterization of his own ruling and the matter before him even though it was after the fact why he isn't that worthy of respect by This court. I think there's two answers to your question your honor one the The pleading that he says he ruled on doesn't even exist That there is no wasn't there a motion for judgment on the pleading no There's a motion for judgment to be entered in stanter, and then there was a motion to dismiss, okay? Well, what about did he rule on the motion for judgment to be entered in standard? No, he did not in the dock. It's very clear on that all pending matters would have been heard on December 18 2013 Yes, ma'am I Was it all through I believe there are three total pretrial conferences, and I do not remember So when I was simply wrong in this recollection of what happened and what he did I believe so your honor Yes and I believe that as the second part of my answer that we have to look at the Record as it existed prior to me finally the motion and when we look at the Becker case That's where I find my support there that does the record support that a substantial Issue was decided or a substantial order was entered prior to me finally in that motion and I think the answer in this case is absolutely not the record fully supports that the All pending matters were to be heard on December 18 2013 so we would what about mr. Young's argument that essentially saying if I understand correctly I just want this judgment revived, and I'm entitled to it And judge no do these says if I understand mr.. Young's argument no That's not the case I'm denying that request and we're gonna hear evidence I just don't I have no recollection of that happened, and I don't believe but isn't that in fact what happened No, namely he did hear evidence He did but again. It was all pending matters when we wasn't there a request For just a revival of judgment without anything further it was put off until December 18 2013 all pending matters were to be heard that day so judging our do these Thoughts about his own ruling and what happened the context he was wrong I believe so your honor, and I mean no disrespect whatsoever But isn't that a tough call for us to be making at this point no why not because it's not supported by the record In other words the record is the judge's own recollection of what he ruled in the context of how he ruled it That's part of the record, but there's no order entered prior to my filing of the motion for substitution of judge There's no docket entry. There is no Record support prior to be filing that that would that would Allow the court discretion to deny it only something that he remembered something might have happened during the pretrial and I think that that's why this case is so perfectly aligned with Becker if something happened during the pretrial, but What and so what you're saying is you filed your motion for substitution? And then when everything was called for hearing on that December date. That's when the judge remembered issuing a prior substantial That's close when we try to set it for hearing is when he Officially said that he had already ruled on something and then he basically his secretary called my secretary So a lot of this is completely off record But if the hearing was canceled because somebody remembered that something was done I think it was actually initially transferred to the chief judge and then But when it was actually talked about for the first time was on the 18th. Yes, your honor That's exactly right But I think again it all lines with after the motion to substitute was filed It was recalled that something happened and when we read the Becker case We know that we look back to the record and if it's not supported It's not supported in this case all of the confusion about what exactly was even ruled upon speaks directly to that issue  You